**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
M.Z., individually and on behalf of I.T., a child
with a disability,

                          Plaintiff,
      -against-                                    21 **CIVIL** 9451 (AT)

                                                          **<u>JUDGMENT</u>**

NEW YORK CITY DEPARTMENT OF
EDUCATION,

                        Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Memo Endorsed Order dated March 31, 2023, and the Court's Order dated March 14, 2023, M.Z.s motion is GRANTED in part, and DENIED in part. The Court has awarded M.Z. a total of $15,819.86 in attorney's fees and expenses. M.Z. is also entitled to post-judgment interest. The revised total reward is summarized below: Administrative Action - $14,274.00, Federal Action - $897.50, Costs and Expenses - $648.36, Total - $15,819.86; accordingly, the case is closed.

**Dated:**  New York, New York
         March 31, 2023

                                                           **RUBY J. KRAJICK**

                                                              **Clerk of Court**

                                  **BY:**    *K. Mango*

                                                              **Deputy Clerk**